**From:** dmca <dmca@stonevaughanlaw.com>
**Subject:** KonnectCorp DMCA Infringement Notice -- flyinhd.com -- DMCA4097
**Date:** January 9, 2014 3:43:07 PM CST
**To:** abuse@ovh.net

January 9, 2014

OVH Hosting Limited
5 Fitzwilliam Place
Dublin 2
Ireland
abuse@ovh.net

RE:  KonnectCorp DMCA Infringement Notice -- flyinhd.com -- DMCA4097

In compliance with relevant federal copyright law, I submit the following:

I hereby certify, under penalty of perjury, that the following information is accurate to the best of my knowledge and belief.

My firm has been retained by KonnectCorp International, Inc. to enforce its intellectual property rights. I am authorized to act on behalf of KonnectCorp with respect to the matters discussed herein.

KonnectCorp is a company engaged in the production and distribution of south Indian motion pictures. It owns or controls various exclusive copyrights and trademarks related to the motion pictures known as **Singam 2, Thalaivaa, Ainthu Ainthu Ainthu, Vanakkam Chennai, All in All Azhagu Raja** and **Raja Rani** (collectively referred to as the "Properties"). KonnectCorp is the owner of certain exclusive rights in and to the Properties throughout the United States. The rights include, but are not limited to the reproduction, distribution and public performance of home videos, DVDs, and other home video formats and devices embodying the Properties.

Through our investigations, we have a good faith belief that a website for which **OVH Systems** provides service, flyinhd.com ("flyinhd.com"), is being used for the unauthorized copying and distribution (downloading, uploading, file serving/swapping, streaming, stream embedding, torrent seeding, torrent tracking, torrent linking, other linking, link aggregating or any similar activities) of digital files embodying the Properties. The use of the Properties in this manner is NOT authorized by KonnectCorp and is a violation of KonnectCorp's intellectual property rights, including its rights under the Copyright Act. Infringing materials may be found at the following URLs:

http://flyinhd.com/
http://flyinhd.com/videos/5/singam-ii
http://flyinhd.com/videos/1/thalaivaa
http://flyinhd.com/videos/55/ainthu-ainthu-ainthu
http://flyinhd.com/videos/106/vanakkam-chennai
http://flyinhd.com/videos/122/all-in-all-azhagu-raja
http://flyinhd.com/videos/92/raja-rani

KonnectCorp International, Inc. hereby requests that **OVH Systems** expeditiously causes all such infringing materials to be removed or freezes the account of **flyinhd.com** until **flyinhd.com** removes all infringing materials or disables access thereto.

If you should require any further information please do not hesitate to contact me by email at dmca@stonevaughanlaw.com. The mailing address of Stone & Vaughan, PLLC is 624 W. University Dr. #386, Denton, TX 76201. Please contact me immediately if this notification is not in substantial compliance with the requirements of the DMCA, or if some other problem arises with respect to

our request. I would also request notification of your compliance with our request.


Regards,
Evan F. Stone
Stone & Vaughan, PLLC
624 W. University Dr. #386
Denton, TX  76201
Office: 469-248-5238
Fax: 310-756-1201

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.